UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | | |
|---|---|---|
| NUBIA HERRERA, | § § § | |
| Plaintiff, | § § | |
| v. | § § | EP-20-CV-00302-FM |
| CARGUARD ADMINISTRATION, INC; and VEHICLE PROTECTION SPECIALISTS, LLC, | § § § § § | |
| Defendants. | § | |

## ORDER OF DISMISSAL

The court considers the status of this cause. On April 8, 2021, the court ordered Nubia Herrera ("Plaintiff") to show cause no later than May 10, 2021 as to why this action should not be dismissed for her failure to prosecute.[1] The record reflects Plaintiff did not do so.

Accordingly, it is **HEREBY ORDERED** that all claims are **DISMISSED WITHOUT PREJUDICE**.

**SIGNED AND ENTERED** this **12th** day of **May 2021**.

FRANK MONTALVO
UNITED STATES DISTRICT JUDGE

---

[1] "Order to Show Cause" 1, ECF No. 3, entered Apr. 8, 2021.

1