UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
EL PASO DIVISION

| | |
|---|---|
| NUBIA HERRERA, § § §  Plaintiff, § § v. § § CARGUARD ADMINISTRATION, § INC; and VEHICLE PROTECTION § SPECIALISTS, LLC, § § Defendants. § | EP-20-CV-00302-FM |

## FINAL JUDGMENT

In accordance with "Order of Dismissal" [ECF No. 6], entered May 12, 2021, the court enters its Final Judgment pursuant to Federal Rule of Civil Procedure 58 as follows:

1. It is **HEREBY ORDERED** that all claims are **DISMISSED WITHOUT PREJUDICE.**

2. It is **FURTHER ORDERED** that all pending motions, if any, are **DENIED AS MOOT**.

3. It is **FURTHER ORDERED** the Clerk of the Court is **INSTRUCTED** to **CLOSE** the case.

**SIGNED AND ENTERED** this **12th** day of **May 2021**.

**FRANK MONTALVO**
**UNITED STATES DISTRICT JUDGE**

1